

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0849-11

**DEL RAY SANDERS, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE NINTH COURT OF APPEALS
### POLK  COUNTY

PER CURIAM.  KELLER, P.J., filed a dissenting opinion in which WOMACK and JOHNSON, JJ., joined.  JOHNSON, J., filed a dissenting opinion in which KELLER, P.J., joined.

We have determined that our decision to grant the appellant's petition was improvident.  Therefore, the petition is dismissed.

Delivered: April 4, 2012
Do not publish